IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CAUSE NO. 3:16-cv-00608-L |
| SPECIALIZED LOAN SERVICING LLC, | § § § | |
| Defendant. | § § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's April 21, 2016 Scheduling Order (Doc. 9), Plaintiff and Counter-Defendant Real Time Resolutions, Inc. ("RTR") and Defendant and Counter-Plaintiff Specialized Loan Servicing LLC ("SLS") (together with RTR, the "Parties") hereby file this Joint Settlement Status Report, as follows:

Before RTR filed the lawsuit, the Parties made repeated efforts over an extended period to resolve their differences, but, ultimately, were unsuccessful. Since RTR filed the lawsuit, counsel have discussed the possibility of settlement, but have been unable to reach a resolution. The parties are conducting discovery and continue to develop the facts and their respective legal positions. As they do so, they will be better positioned to consider whether viable settlement alternatives exist. The Parties will comply with the Court's settlement conference requirement. The Parties believe conducting the settlement conference will be more productive once the Parties have more fully developed their claims and defenses. As ordered by the Court, the Parties have made a good faith effort to settle this case, and will continue to do so.

Respectfully submitted,

/s/ Anthony A. Petrocchi
Anthony A. Petrocchi
Texas Bar No. 15851700
tpetrocchi@petrocchilaw.net
ANTHONY A. PETROCCHI, P.C.
5127 Spyglass Drive
Dallas, Texas 75287
(214) 797-2049 (office)
(214) 594-8205 (fax)

/s/ Christopher J. Schwegmann
Michael P. Lynn
Texas Bar No. 12738500
mlynn@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
Jonathan R. Childers
Texas Bar No. 24050411
jchilders@lynnllp.com

**LYNN PINKER COX & HURST LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214.981.3800
Facsimile: 214.981.3839

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT REAL TIME RESOLUTIONS, INC.**

/s/ Johnathan E. Collins
Robert T. Mowrey
  State Bar No. 14607500
  rmowrey@lockelord.com
Johnathan E. Collins
  State Bar No. 24049522
  jecollins@lockelord.com
Matthew K. Hansen
  State Bar No. 24065368
  mkhansen@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopy)

**ATTORNEYS FOR DEFENDANT AND COUNTER-PLAINTIFF SPECIALIZED LOAN SERVICING LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on this the 20th day of July, 2016 on counsel of record, via ECF transmission consistent with the Federal Rules of Civil Procedure:

Anthony A. Petrocchi
ANTHONY A. PETROCCHI, P.C.
5127 Spyglass Drive
Dallas, Texas 75287
tpetrocchilaw.net

Michael P. Lynn
LYNN PINKER COX & HURST LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
mlynn@lynnllp.com

/s/ Matthew K. Hansen
Matthew K. Hansen