UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| REAL TIME SOLUTIONS, INC., <br> Plaintiff/Counter-Defendant, <br> v. <br> SPECIALIZED LOAN SERVICING, LLC, <br> Defendant/Counter-Plaintiff. | § § § § § § § No. 3:16-CV-00608-L |

## ORDER

Before the Court are Defendant's Motion to Compel Production of Documents [ECF No. 65], Plaintiff's Third Motion to Compel [ECF No. 67], and Defendant's Motion for Leave to Conduct a 30(b)(6) Deposition [ECF No. 120]. Pursuant to 28 U.S.C. § 636(b), these motions were referred by the District Court to the Magistrate Judge for determination or recommendation. Orders of Referral [ECF Nos. 66, 69, 122]. Upon consideration, the Court sets these matters for a hearing on **THURSDAY, DECEMBER 21, 2017, at 9:00 A.M.** convening in Courtroom 1620, 1100 Commerce St., Dallas, Texas.

SO ORDERED, this ____1____ day of December, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

1