UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REAL TIME RESOLUTIONS, INC., | § | |
|     Plaintiff/Counter-Defendant, | § | |
| v. | § | No. 3:16-CV-00608-L |
| SPECIALIZED LOAN SERVICING, LLC, | § § | |
|     Defendant/Counter-Plaintiff. | § | |

## ORDER

Before the Court is Plaintiff's Emergency Motion for Protection [ECF No. 134]. Pursuant to 28 U.S.C. § 636(b), this motion was referred by the District Court to the Magistrate Judge for determination. Order of Referral [ECF No. 136]. The Court held a hearing on Plaintiff's Motion for Protection on January 8, 2018. The Court having heard arguments of counsel and received the files and pleadings had herein finds the Motion for Protection is without merit and is **DENIED**.

This Court finds the audit requested is a contractual matter not before this Court. In addition, it is not a discovery issue but simply an exercise of contract rights between the parties. Plaintiff's Motion for Protection is denied.

**SO ORDERED,** this 9th day of January, 2018.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

1